**Order entered May 3, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-01207-CR

**LAWRENCE DWAYNE ANTHONY, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 363rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F11-15122-W**

## ORDER

The Court **REINSTATES** the appeal.

On March 6, 2013, we ordered the trial court to make findings regarding why appellant's brief had not been filed. On May 1, 2013, we received appellant's brief, together with an extension motion. Therefore, in the interest of expediting the appeal, we **VACATE** the March 6, 2013 order requiring findings.

We **GRANT** the May 1, 2013 extension motion and **ORDER** appellant's brief filed as of the date of this order.

/s/    DAVID EVANS
       JUSTICE